972

Cir. Certiorari denied. *R. W. Perkins* for petitioners. *Joe Crider, Jr.* for the Columbia Broadcasting System, Inc. et al.; and *Abraham Marcus* for Hammett, respondents. 

No. 590. F. P. NEWPORT CORP., LTD. *v.* SAMPSELL, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Norman A. Bailie* and *Richard A. Turner* for Sampsell, respondent.

No. 591. IHLER ET UX. *v.* ROSEN. Supreme Court of Wisconsin. Certiorari denied. *John R. Foley* for petitioners. *James A. Smith* for respondent. 

No. 596. BROWN ET AL. *v.* BRITTON. Supreme Court of Florida. Certiorari denied. *Morris E. White* for petitioners.

No. 597. CLEARY *v.* CHICAGO TITLE & TRUST CO. Supreme Court of Illinois. Certiorari denied. *John O'C. FitzGerald* for petitioner. *Joseph B. Fleming* and *Thomas M. Thomas* for respondent.

No. 606. LENZNER ET AL. *v.* CITY OF TRENTON. Supreme Court of New Jersey. Certiorari denied. *Robert T. McCracken* and *George G. Chandler* for petitioners. *Louis Josephson* for respondent.

No. 615. RUBIN ET AL. *v.* CHICAGO, SOUTH SHORE & SOUTH BEND RAILROAD ET AL. C. A. 7th Cir. Certiorari denied. *William Henning Rubin* for petitioners. *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for the Chicago, South Shore & South Bend Railroad, respondent.